# IN THE SUPREME COURT OF THE STATE OF NEVADA

RICKY MCDONALD,
Appellant,
vs.
PERRY RUSSELL, WARDEN, WARM
SPRINGS CORRECTIONAL CENTER,
Respondent.

No. 81427

**FILED**

MAY 0 7 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order dismissing a postconviction petition for a writ of habeas corpus. First Judicial District Court, Carson City; James E. Wilson, Judge.

Appellant appeals from the district court's dismissal of his petition challenging the calculation of his sentence. In response to an order of this court, the Attorney General has provided documentation showing that appellant has discharged his sentence and is no longer incarcerated. Furthermore, appellant has not filed any response to this court's March 5, 2021, order to show cause directing appellant to show cause why this appeal should not be dismissed as moot. As appellant has discharged his sentence, this appeal is moot. *See Williams v. State, Dep't of Corr.*, 133 Nev. 594, 600 n.7, 402 P.3d 1260, 1265 n.7 (2017). Accordingly, we

ORDER this appeal DISMISSED.

_____, C.J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cadish

21-13170

cc: Hon. James E. Wilson, District Judge
Ricky McDonald
Attorney General/Carson City
Carson City Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A